[DO NOT PUBLISH]

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 17, 2008
THOMAS K. KAHN
CLERK

No. 07-14701
Non-Argument Calendar

_____

D.C. Docket No. 06-00092-CR-4-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VINCENT SAVAGEAU,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(September 17, 2008)**

Before BIRCH, DUBINA and CARNES, Circuit Judges

PER CURIAM:

William Davison, appointed counsel for Vincent Savageau in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Savageau's convictions and sentences are **AFFIRMED**.